FILED
2005 Feb-08  AM 10:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| SAHEED AGBOOLA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 04-SLB-RRA-1292-M |
| ) | |
| SCOTT HASSELL, Chief Corrections ) | |
| Officer for Etowah County, ) | |
| ) | |
| Respondent(s). ) | |

## **MEMORANDUM OF OPINION**

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the respondents' motion to dismiss is due to be granted, and this petition for writ of habeas corpus dismissed as moot. An appropriate order will be entered.

**DONE** this 8th day of February, 2005.

*Sharon Lovelace Blackburn*
_____
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE